**EXHIBIT A**

[of punitive to compensatory damages]" *State Farm Mut. Auto. Ins. Co. v. Campbell*, 538 U.S. 408, 418 (2003) (citation omitted).

Subject to and without waiver of its objections, Nationstar directs Ms. Galle to the Annual Report of Nationstar Mortgage Holdings Inc. pursuant to Section 13 or 15(D) of The Securities Exchange Act Of 1934, which can be accessed at https://www.sec.gov/archives/edgar/data/1520566/000162828016012098/nsmhinc-1231201510xk.htm. **(Form 10-K)**. Nationstar Mortgage LLC is a Delaware limited liability company that is wholly owned by Nationstar Sub1 LLC and Nationstar Sub2 LLC. Nationstar Sub1 LLC and Nationstar Sub2 LLC are Delaware limited liability companies that are wholly owned by Nationstar Mortgage Holdings Inc., a publicly-traded company on the New York Stock Exchange (NYSE: NSM). Form 10-K contains, among other things, Nationstar's financial statement schedules.

8. Please identify by parties, case number, court, state, country, and division of any county, all lawsuits pending against the Defendant that Defendant contends pertains to the same alleged conduct as described in the Complaint, specifically, violations of consumer protection laws by Defendant, including but not limited to, violations of the federal Fair Debt Collection Practices Act, the Florida Consumer Collection Practices Act and any other analogous state statutes, 11 § U.S.C. 362 and 11 § U.S.C. 524.

**RESPONSE:** Objection. This is not a proper request for production as it does not seek the production of documents pursuant to Rule 33. Nationstar objects to this request because it is overbroad and not reasonably calculated to lead to the discovery of admissible evidence. Nationstar further objects to the extent this request seeks information or documents protected by the attorney client privilege.

Respectfully submitted,

**AKERMAN LLP**

By: /s/ *Marc J. Gottlieb*
Marc J. Gottlieb (FL Bar No. 827819)
Eric S. Dwoskin (FL Bar No. 112459)
Las Olas Centre II, Suite 1600
350 East Las Olas Boulevard
Fort Lauderdale, FL 33301-2999
Telephone: (954) 463-2700
Facsimile: (954) 463-2224
E-Mail: marc.gottlieb@akerman.com
Secondary: joyce.gutierrez@akerman.com

{39863533;3}