UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARCIA GALLE,

    Plaintiff,

v.　　　　　　　　　　　　　　　　Case No: 2:16-cv-407-FtM-38CM

NATIONSTAR MORTGAGE, LLC,

    Defendant.
_____/

## ORDER

This matter comes before the Court on *sua sponte* review of the file. Defendant Nationstar Mortgage, LLC's motion for summary judgment is ripe for review, and the Final Pretrial Conference is scheduled for November 17, 2017. To ensure sufficient time to address the pending dispositive motion and because of the undersigned's trial calendar, the Court will extend the trial term to February 2018 and suspend the remaining pretrial deadlines until further Court order.[1]

Accordingly, it is now **ORDERED**:

The trial term in the above-captioned case is set for **February 2018 trial term**, and all remaining pretrial deadlines are suspended until further Court order.

**DONE** and **ORDERED** in Fort Myers, Florida this 3rd day of October, 2017.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record

---

[1] The undersigned has been the only active district judge in the Fort Myers Division since June 2015 and will continue to be so for the near future. The Court's trial calendar is demanding, rivaled only by its motions and case management obligations.